

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JUANITA SCOTT,<br>      Appellant | CIVIL ACTION<br>NO. CV 08-0492 |
| VERSUS | |
| MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br>      Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Commissioner's decision be REVERSED AND VACATED pursuant to the fourth sentence of Section 405(g), and the case be REMANDED for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 4th day of December, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE