

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JUANITA SCOTT | CIVIL ACTION 8-0492 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| MICHAEL ASTRUE, Commissioner | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

Considering the foregoing Motion for Attorney's fees pursuant to the Equal Access to Justice Act, and concurring with the Magistrate Judge's Recommendation, there having been no objections to it filed,

IT IS ORDERED that plaintiff be awarded attorney's fees in the amount of $1,566.50 payable on her behalf to her attorney, William J. Ziegler, Jr.

Thus done and signed on the 13th day of April, 2009.

Hon. Dee D. Drell
U. S. District Judge